UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


CAROLYN BURTON                          CIVIL ACTION

VERSUS                                  NO: 09-2178

ALLSTATE INSURANCE COMPANY              SECTION: J(2)


**ORDER**

Before the Court is Defendant's **Motion for Summary Judgment
(Rec. Doc. 7)** and supporting memoranda, as well as Plaintiff's
**Response Memorandum in Opposition (Rec. Doc. 12)**.

Plaintiff, holder of a Standard Flood Insurance Policy
("SFIP"), filed the current suit to recover additional insurance
proceeds from her flood insurance policy provider.  However,
prior to filing suit, Plaintiff failed to comply with the
provisions required by the SFIP.  Specifically, Plaintiff failed
to file a valid proof of loss statement.

Plaintiff's failure to file a valid proof of loss statement
precludes this Court from ruling in her favor.  Pichon v.
National Flood Insurance Program, No. 09-1700, 2009 WL 3353086 at
*3 (E.D. La. Oct. 16, 2009) (citing Marseilles Homeowners
Condominium Ass., Inc. v. Fidelity Nat'l Ins. Co., 542 F.3d 1053,
1056 (5th Cir. 2008); Gowland v. Aetna, 143 F.3d 951, 954 (5th

Cir. 1998)).  Given that Plaintiff's failure to comply with the provisions of the SFIP precludes her from prevailing in this suit, there exists no genuine issue of material fact and Defendant is entitled to judgment as a matter of law.

Accordingly**, IT IS ORDERED** that Defendant's **Motion for Summary Judgment (Rec. Doc. 7)** is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims are dismissed, with prejudice.

New Orleans, Louisiana this 12th day of January, 2010.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE